IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-01971-WJM-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: November 8, 2011 | Courtroom Deputy: Emily Seamon |

| *Parties:* | *Counsel:* |
|---|---|
| MILLENNIUM CRYOGENIC TECHNOLOGIES, LTD., a Canadian corporation, | Gregg Anderson |
| Plaintiff, | |
| v. | |
| WEATHERFORD ARTIFICIAL LIFT SYSTEMS, INC., a Delaware corporation, WEATHERFORD U.S., L.P., a Louisiana limited partnership, WEATHERFORD INTERNATIONAL, INC., a Delaware corporation, and WEATHERFORD INTERNATIONAL, LTD., a Swiss joint-stock corporation, | J. Dean Lechtenberger |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in Session:     1:24 p.m.**
Court calls case.  Appearances of counsel.

Discussion between the Court and counsel regarding Plaintiff Millennium Cryogenic Technologies, Ltd.'s Motion for Entry of Protective Order [Doc. No. 30], Defendants' Motion for Entry of Protective Order [Doc. No. 34], technical experts, 26(b)(2)(c), and briefing claims construction.

**ORDERED:** Plaintiff Millennium Cryogenic Technologies, Ltd.'s Motion for Entry of Protective Order [Doc. No. 30] is DENIED to the extent the motion seeks to allow Mr. McKay access to attorney's eyes only tiered information.

**ORDERED:** Defendants' Motion for Entry of Protective Order [Doc. No. 34] is GRANTED. The motion should be modified to make clear, however, that any document stamped attorney's eyes only is accessible only to outside counsel and the members of outside counsel's firm. Counsel shall prepare a protective order that reflects that change and submit it to the Court.

Discussion between the Court and counsel regarding holding a settlement conference.

**ORDERED:** Defendants shall provide their counter to Plaintiff's offer by close of business on Thursday, **November 10, 2011.** If the parties feel a settlement conference would be productive, they shall place a conference call to Magistrate Judge Shaffer to set a settlement conference.

HEARING CONCLUDED.

**Court in recess:**     **2:03 p.m.**
Total time in court:     00:39

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.