## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 11-cv-01971-WJM-CBS

MILLENNIUM CRYOGENIC TECHNOLOGIES, LTD., a Canadian Corporation,

    Plaintiff,

v.

WEATHERFORD ARTIFICIAL LIFT SYSTEMS, INC., a Delaware Corporation,
WEATHERFORD U.S., L.P., a Louisiana Limited Partnership,
WEATHERFORD INTERNATIONAL, INC., A Delaware Corporation,
WEATHERFORD INTERNATIONAL, LTD., a Swiss Joint-Stock Corporation

    Defendants.
_____

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT ITS RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER RULE 12(b)(6)
_____

This matter is before this Court on Plaintiff's Unopposed Motion for Leave to Supplement its Response in Opposition to Defendants' Motion to Dismiss Complaint Under Rule 12(b)(6) filed December 20, 2011 (ECF No. 51). The Court having considered the Motion and finding good cause ORDERS as follows:

The Plaintiff's motion is GRANTED. Plaintiff's Supplement to Response in Opposition to Defendants' Motion to Dismiss Complaint Under Rule 12(b)(6) is accepted as filed as Attachment 1 to ECF No. 51.

Dated this 20th day of December, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge